RECEIVED
IN LAKE CHARLES, LA.

JUN - 1 2011

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JULIUS WARNER MARACALIN<br>FED. REG. #02617-095 | CIVIL ACTION NO. 2:10-CV-110 |
| VS. | SECTION P<br>JUDGE MINALDI |
| JOE P. YOUNG, WARDEN | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record, as well as the reasons stated in the corresponding Memorandum Ruling by this court;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, on this ___31___ day of ___May___, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE